# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

DALVIN ELLISON-BERRY                              CIVIL ACTION

VERSUS                                            NUMBER: 22-3481

LEASHA JOHNSON                                    SECTION: "I"(5)

### ORDER

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's lawsuit is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

New Orleans, Louisiana, this 12th day of December, 2022.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**